# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* FERZAD ABDI, | ) ) ) | |
| *Plaintiff/Relator* | ) ) | Case No. 1:22-cv-01204 |
| v. | ) ) | Chief Judge Sara Darrow |
| AARON JAMES ROSSI, *et al.*, | ) ) ) | |
| *Defendants.* | ) | |

## DEFENDANT REDITUS LABORATORIES, LLC's
## MOTION FOR LEAVE TO FILE REPLY BRIEF
## <u>IN SUPPORT OF ITS MOTION TO DISMISS</u>

Pursuant to Local Rules 7.1(B) and 7.1(F), Defendant Reditus Laboratories, LLC ("Reditus") respectfully seeks leave to file a reply memorandum in support of its Motion to Dismiss Relator's First Amended Complaint. As grounds for this Motion, Reditus states as follows:

1. On February 20, 2024, Reditus filed its Motion to Dismiss the First Amended Complaint and accompanying Memorandum of Law. ECF # 31, 32.

2. After seeking, and receiving, a 30-day extension of the deadline for his Response, Relator filed his Opposition and Memorandum in response to Reditus' motion to dismiss on April 10, 2024. ECF # 34-36.

3. A short reply memorandum is necessary to respond to arguments raised in Relator's Response, to fully elucidate the complex legal and factual issues presented by Reditus' Motion to Dismiss, and to aid the Court in its consideration of Reditus' pending motion.

WHEREFORE, Reditus respectfully requests that the Court grant it leave to file the Reply in Support of Its Motion to Dismiss, which is attached hereto as Exhibit A in accordance with Local Rule 7.1(F). A proposed order is also attached for the Court's consideration.

Dated: May 4, 2024	Respectfully submitted,

/s/ *William P. Ziegelmueller*
William P. Ziegelmueller
Meredith F.W. DeCarlo
James D. Cromley
ARENTFOX SCHIFF LLP
233 South Wacker Dr., Suite 7100
Chicago, IL 60606
(312) 258-5500

*Attorneys for Defendant Reditus Laboratories, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 4, 2024, the foregoing Motion for Leave to File Reply in Support of Its Motion to Dismiss and the accompanying Proposed Order were filed electronically and served upon all counsel of record by operation of the Court's CM/ECF system.

/s/ *William P. Ziegelmueller*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* FERZAD ABDI )<br>  )<br>*Plaintiff/Relator* )<br>  )<br>v. )<br>  )<br>AARON JAMES ROSSI, *et al.*, )<br>  )<br>*Defendants.* ) | Case No. 1:22-cv-01203<br><br>Chief Judge Sara Darrow |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to File Reply in Support of Its Motion to Dismiss (the "Motion") filed by Defendant Reditus Laboratories, LLC ("Reditus"), IT IS HEREBY ORDERED that Defendant Reditus' Motion is GRANTED and that the Clerk is directed to file Reditus' Reply in Support of Its Motion to Dismiss attached to the Motion as Exhibit A.

SO ORDERED this _____ day of _____, 2024.

_____
SARA L. DARROW
Chief United States District Judge

SHDOCS:220922413.1

3