1:22-cv-01204-SLD-JEH    # 42    Filed: 09/19/24    Page 1 of 1                    E-FILED
                                                                Thursday, 19 September, 2024 03:56:40 PM
Judgment in a Civil Case (02/11)
                                                                    Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **United States, State of Illinois, Ferzad Abdi,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **Aaron James Rossi, Reditus Laboratories, LLC, Reditus Healthcare, LLC, PR Manufacturing Enterprises LLC,** <br><br> **Defendants.** | Case Number: 22-1204 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Ferzad Abdi's action is dismissed without prejudice against Defendants.

**Dated: September 19, 2024**

AJKV

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court